# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:  SEONG I GRACE CHAN )<br>a/k/a Sean Hinman, )<br>TRANSFER OF OFFENDER )<br>Pursuant to 18 U.S.C. §4100, et seq. )<br>) | CRIMINAL ACTION<br>NO. 05-MC-40013-CBS |

### ORDER

Pursuant to 28 U.S.C. § 636(g), the Honorable Charles B. Swartwood, III, a United States Chief Magistrate Judge for the District of Massachusetts, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4108 commencing on or about <u>September 6, 2005</u>, in <u>Hong Kong</u> relating to the proposed transfer of Seong I Grace Chan a/k/a Sean Hinman from Hong Kong to the United States.  He is also authorized to assign counsel for the said offender as provided in 18 U.S.C. § 4109.

IT IS SO ORDERED.

ENTERED September 6, 2005, at Worcester, Massachusetts.

_____
F. DENNIS SAYLOR, IV
DISTRICT JUDGE