UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  SEONG I GRACE CHAN
aka SEAN HINMAN

MBD# 05-mc-40013-CBS

ORDER OF APPOINTMENT OF COUNSEL

September 6, 2005

SWARTWOOD, C.M.J.

It is hereby ORDERED that Jeffrey L. Viken, Federal Defender for the Districts of South Dakota and North Dakota, 703 Main Street, 2nd floor, Rapid City, South Dakota, (605) 303-5110, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE