UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  SEONG I GRACE CHAN           )
a/k/a Sean Hinman,                   )   CRIMINAL ACTION
TRANSFER OF OFFENDER                 )   NO. 05-MC-40013-CBS
Pursuant to 18 U.S.C. §4100, et seq. )
                                     )

APPEARANCE

To the Clerk of this Court and all parties of record:

   Enter my appearance as counsel in this case for

      Seong I Grace Chan a/k/a Sean Hinman

   I certify that I am admitted to practice in this court by signing the attached business card.

Date:  September 6, 2005

OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF SOUTH DAKOTA
DISTRICT OF NORTH DAKOTA

Jeffrey L. Viken
Federal Public Defender

703 Main St.
Rapid City, SD 57701

Telephone:  (605) 343-5110
Fax:        (605) 343-1498
E-mail: jeffrey_viken@fd.org